UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

              v.                                        ORDER
                                                  09-CR-372

JAVIER FELICIANO

                       Defendant.

This case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(A). On July 15, 2011, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendant be determined competent to proceed in this case, without prejudice to his right to request a competency hearing at a later date, should his mental condition deteriorate.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendant is determined competent to proceed in this case, without prejudice to his right to request a competency hearing at a later date, should his mental condition deteriorate.

This case is referred back to Magistrate Judge McCarthy for further proceedings.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: August 8, 2011